IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JOHN DENNIS BAILLIE,<br><br>Petitioner,<br><br>v.<br><br>WARDEN GLEN JOHNSON,<br><br>Respondent. | CIVIL ACTION NO.: 6:15-cv-99 |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 15), to which Petitioner John Baillie ("Baillie") failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **GRANTS** Respondent's Motion to Dismiss, **DISMISSES** Baillie's 28 U.S.C. § 2254 Petition without prejudice for failure to exhaust his state court remedies, and **DENIES** Baillie leave to appeal *in forma pauperis* and a Certificate of Appealability. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal.

**SO ORDERED**, this 12th day of September, 2016.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA